

# Fourth Court of Appeals

## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-12-00740-CV

Teah Nicole **LAVIZZO**,
Appellant

v.

**TIGONI VILLAS APARTMENTS LLC**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 380,203
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:　　Rebecca Simmons, Justice
　　　　　　Steven C. Hilbig, Justice
　　　　　　Marialyn Barnard, Justice

Delivered and Filed:　December 21, 2012

DISMISSED FOR WANT OF PROSECUTION

Appellant was required to pay $175.00 and $10.00 fees when she filed her notice of appeal. *See* TEX. R. APP. P. 5.[1] Appellant did not pay the required fees. Accordingly, the clerk of this court notified appellant by letter dated November 2, 2012, that the notice of appeal was conditionally filed and the filing fees were due no later than November 12, 2012.

---

[1] *See also* TEX. GOV'T CODE ANN. §§ 51.207(b)(1), 51.941(a) (West 2005); *id.* §§ 51.208, 51.0051 (West Supp. 2010); Texas Supreme Court Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07–9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B.l.(a).

On November 27, 2012, when the fees remained unpaid, this court ordered appellant to provide written proof to this court not later than December 12, 2012, that either (1) the $175.00 and $10.00 filing fees have been paid, or (2) appellant is entitled to appeal without paying the filing fees. *See id.* We warned appellant that if she failed to respond as ordered, the appeal would be dismissed. *See id.* R. 5, 42.3; *In re W.J.C.*, No. 04-05-00532-CV, 2005 WL 3477883, at *1 (Tex. App.—San Antonio Dec. 21, 2005, no pet.) (mem. op.).

To date, appellant has not filed any response with this court. Therefore, we dismiss this appeal for want of prosecution. *See id.* R. 37.3(b), 42.3(c). Costs of this appeal are taxed against appellant. *See id.* R. 43.4.

PER CURIAM